

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kory Allen Battiest, Appellant

No. 06-19-00094-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28050). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect that Appellant pled true to the State's enhancement allegation and that the jury found the enhancement allegation true.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kory Allen Battiest, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk